STATE v. McCLENDON

No. 392A98

Case below: 130 N.C.App. 368

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the court of Appeals allowed 30 December 1998. Justice Wynn recused.

STATE v. SANDERS

No. 330P98

Case below: 130 N.C.App. 343

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

STATE v. THOMAS

No. 91A95-2

Case below: Wake County Superior Court

Petition by defendant for writ of certiorari is allowed December 1998 for the limited purpose of remanding this case to the Superior Court, Wake County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. Bates*, 348 N.C. 29 (1998).

STATE ex rel. UTILITIES COMM'N v. CHARLOTTE
VAN & STORAGE CO.

No. 486P98

Case below: 131 N.C.App. 155

Petition by intervenors for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

STEPHENSON v. PITT COUNTY MEM'L HOSP.

No. 496P98

Case below: 131 N.C.App. 155

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.